**UNITED STATES DISTRICT COURT**  
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE MINUTE ORDER**

BEFORE: A. KATHLEEN TOMLINSON  
U.S. MAGISTRATE JUDGE

DATE: 1/8/2009  
TIME: 1:30 p.m.

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y

*Rossi v. County of Nassau et al*, CV 07-1449 (ADS) (AKT)

★   0   2009   ★

TYPE OF CONFERENCE: **SETTLEMENT CONFERENCE**

LONG ISLAND OFFICE

APPEARANCES:   Plaintiff:   Frank Panetta

Defendants:   Erica Haber (Nassau County Defendants)  
Stephan Persoff/Attorney Premisler (Defendant Roestenberg)

THE FOLLOWING RULINGS WERE MADE:

I met with the parties for a substantial period of time today and am happy to report that this case has been settled. The parties will be submitting a Stipulation, withdrawing the Individual Police Officer Defendants as Defendants in the action before the settlement documents are executed. I have directed the parties to file the Stipulation expeditiously and to ensure that there is a section of the Stipulation which provides the amended final caption. The parties have thirty (30) days to execute the necessary settlement documents and Stipulation of Discontinuance.

Case closed subject to the terms of the settlement agreement.

SO ORDERED

/s/ A. Kathleen Tomlinson  
A. KATHLEEN TOMLINSON  
U.S. Magistrate Judge

_____  
U.S.D.J.   1/9/09